UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERTO PEZZANITI, et al.,<br><br>    Defendants. | Case No. 19-cv-06371-SVK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR RELIEF**<br><br>Re: Dkt. No. 10 |

On January 21, 2020, Scott Johnson ("Plaintiff") filed an administrative motion requesting that this Court order Roberto Pezzaniti and Antonietta Pezzaniti (collectively, "Defendants") to provide dates of availability for a joint site inspection pursuant to General Order 56. Dkt. 10. Though Defendants did not respond to this motion, Plaintiff filed a notice of settlement and request to vacate all dates on January 29, 2020. Dkt. 12. In light of Plaintiff's January 29, 2020 notice of settlement, the Court **DENIES** Plaintiff's administrative motion for relief as moot.

**SO ORDERED.**

Dated: January 29, 2020

SUSAN VAN KEULEN
United States Magistrate Judge